UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE


GERMAN FERNANDEZ #431327,

    Petitioner,

v.                                                                       3:08-cv-66

IMMIGRATION & CUSTOMS ENFORCEMENT,

    Respondent.


## JUDGMENT ORDER

For the reasons stated in the court's Memorandum and Order, the court **ORDERS** that petitioner's motion is **DENIED** and this action is **DISMISSED**. The court **CERTIFIES** that any appeal from this action would not be taken in good faith and would be totally frivolous.

    **E N T E R:**

                                                           s/ Thomas W. Phillips
                                                          United States District Judge

ENTERED AS A JUDGMENT
    s/ *Patricia L. McNutt*
    CLERK OF COURT